UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Petitioner, <br><br> v. <br><br> STATE OF WASHINGTON, et al., <br><br> Respondents. | NO. C14-651-RSL-JPD <br><br><br> REPORT AND RECOMMENDATION |

**Bar-order litigant John Demos** filed a proposed 28 U.S.C. § 2254 habeas petition. Dkt. 1. He has neither paid the filing fee nor filed an application to proceed *in forma pauperis*. An Order of this Court provides for the return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253 or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).

As petitioner has submitted no filing fee, the Court recommends that, pursuant to the Court's Order of March 13, 1997, the Clerk be DIRECTED to administratively close this matter and to strike any pending motions as moot. Moreover, Mr. Demos may not proceed with a second or successive habeas petition here unless and until the Ninth Circuit authorizes its filing. *See* 28 U.S.C. § 2244(b)(3)(A).

REPORT AND RECOMMENDATION - 1

1    Objections to this Report and Recommendation, if any, should be filed with the Clerk
2 and served upon all parties to this suit by no later than **June 9, 2014**.  Failure to file objections
3 within the specified time may affect your right to appeal.  Objections should be noted for
4 consideration on the District Judge's motion calendar for the third Friday after they are filed.
5 Responses to objections may be filed within fourteen (14) days after service of objections.  If
6 no timely objections are filed, the matter will be ready for consideration by the District Judge
7 on **June 13, 2014**.  A proposed Order is attached.

        DATED this 19th day of May, 2014.

                            /s/ James P. Donohue
                            JAMES P. DONOHUE
                            United States Magistrate Judge

REPORT AND RECOMMENDATION - 2