**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>STATE OF WASHINGTON, et al.,<br><br>　　　　　　Respondents. | NO.  C14-651-RSL<br><br>ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE MATTER AND TO STRIKE ANY PENDING MOTIONS |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation;

2. The Clerk shall administratively CLOSE this matter and STRIKE any pending motions as moot, *see Demos v. Stanley*, MC97-0031-JLW (W.D. Wash., March 13, 1997); and

3. The Clerk shall send a copy of this Order to petitioner and to Judge Donohue.

Dated this 19th day of June, 2014.

　　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　　ROBERT S. LASNIK
　　　　　　　　　　　　　　　　　United States District Judge